

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: 702-388-6336/FAX: 702-388-5087
brandon.jaroch@usdoj.gov
```

FILED
2018 OCT 11 PM 4:47
U.S. MAGISTRATE JUDGE
BY_____

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAELER MYLOTT,<br><br>Defendant. | Magistrate No. 2:18-mj-867-GWF<br><br>**APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Dayle Elieson, United States Attorney, and Brandon C. Jaroch, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

In this case, such an order would be appropriate because the attached Complaint relates to an ongoing criminal investigation into violations of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846 – Conspiracy to Distribute a Controlled Substance – Methamphetamine; that is neither public nor known to all of the targets of the

investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that disclosure of the information will jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

The Government further submits that it is necessary for the Complaint to be sealed in light of the fact that the Government anticipates filing other indictments, including controlled substance and firearms charges, related to the underlying investigation with the goal of taking all defendants into custody at one time. Accordingly, there is reason to believe that notification of the existence of complaint will seriously jeopardize the investigation, as noted previously, and would likely place law enforcement at higher risk of confrontation when securing the arrest of the targets.

DATED this 11th day of October, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

BRANDON C. JAROCH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Magistrate No. |
| vs. | **ORDER TO SEAL** |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 11th day of October, 2018.

HONORABLE GEORGE W. FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE