Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
(702) 631-6111 / Fax: (702) 960-4084
bdurham@vegasdefense.com

*Counsel for Taeler Mylott*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00867-GWF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (Third Request) |
| vs. | |
| TAELER MYLOTT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America, and BENJAMIN C. DURHAM, counsel for the defendant TAELER MYLOTT:

THAT the preliminary hearing currently scheduled for March 7, 2019, at 4:00 p.m., before Magistrate Judge George W. Foley, Jr., be vacated and set to a time convenient for the Court, but no later than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government provided a large volume of discovery to defense counsel who is still reviewing and needs additional time to prepare for a preliminary hearing.

2. The parties anticipate a negotiated resolution which would obviate the need for a preliminary hearing.

3. Counsel for the defendant and counsel for the government agree to the continuance.

4. The defendant is not detained and agrees to the continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the third request for a continuance.

Dated this 4th day of March, 2019.

    Respectfully Submitted,

    NICHOLAS TRUTANICH
    United States Attorney

    */s/ Brandon C. Jaroch*
    BRANDON C. JAROCH
    Assistant United States Attorney

    */s/ Benjamin C. Durham*
    BENJAMIN C. DURHAM
    Counsel for MYLOTT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-00867-GWF |
| Plaintiff, | |
| vs. | ORDER |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for March 7, 2019, at 4:00 p.m., be vacated and continued to __April 9, 2019__, at __4:00__ p.m.

DATED this __5th__ day of __March__, 2019.

_____
HONORABLE GEORGE W. FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE