# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-00867-EJY |
| Plaintiff, | |
| vs. | ORDER |
| TAELER MYLOTT, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for October 21, 2019, at 4:00 p.m., be vacated and continued to **November 21, 2019, at 4:00 p.m.**

DATED this 18th day of October, 2019.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE