# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAELER MYLOTT,

    Defendant.

Case No.: 2:18-mj-00867-EJY

ORDER

Based on the pending Stipulation of counsel, and good cause appearing, the Preliminary Hearing currently scheduled for November 21, 2019, is vacated, and continued to December 23, 2019, at 4:00 p.m. in Courtroom 3D.

IT IS SO ORDERED

_____
THE HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2019