# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAELER MYLOTT,

    Defendant.

Case No.: 2:18-mj-00867-GWF

ORDER

Based on the pending Stipulation of counsel, and good cause appearing, the Preliminary Hearing currently scheduled for December 23, 2019, is vacated, and continued to February 21, 2020, at 4:00 p.m. in Courtroom 3C.

IT IS SO ORDERED

_____
THE HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: December 20, 2019